# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/05  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV NO. 03-00657SOM-BMK

CASE NAME: United States of America Vs. Walter W. Ahuna, et al.

ATTYS FOR PLA: Harry Yee

ATTYS FOR DEFT: Elton Au

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER: None

DATE: 12/12/05                 TIME: 9:02am-0:05am

COURT ACTION: EP: Status/Rescheduling Conference-The Second Bankruptcy is being Dismissed. Plaintiff's Counsel will be filing a document to renew it's Order to have a Commissioner appointed in this case. Please Note-There is a Judgment in this case.

Status Conference set for March 13, 2006 @9:00 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager

G:\docs\leslie\Walter Ahuna-12-12-05,ls.wpd