KYLE B. COFFMAN  4373
P. O. Box 3207
Wailuku, HI 96793
(808) 242-9750

Commissioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 03-00657 SOM-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DECLARATION OF |
| ) | COMMISSIONER |
| WALTER AHUNA; FRANCINE U. K. ) | |
| AHUNA; MAUI COLLECTION ) | |
| SERVICE, INC.; DEPT. OF THE ) | |
| ATTORNEY GENERAL, COLLECTIONS) | |
| UNIT, STATE OF HAWAII; REAL ) | |
| PROPERTY TAX DIVISION, ) | |
| DEPARTMENT OF FINANCE, COUNTY) | |
| OF MAUI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DECLARATION OF COMMISSIONER

I, KYLE B. COFFMAN, declare as follows:

1. I was appointed Commissioner in the above-entitled foreclosure action.

2. A total of 21.90 hours have been expended by your Commissioner in execution of his duties. The time expended by your Commissioner is set forth in Exhibit "B," attached hereto and incorporated by reference. In addition, I paid out-of-pocket $588 to publish the Notice of Foreclosure Sale as ordered. A true and correct copy of the receipt documenting said expense is contained in Exhibit

"A," attached hereto and incorporated by reference.

    3. I am requesting a fee 0f $2.956.50 in addition to reimbursement of the aforesaid cost.

    I, KYLE B. COFFMAN, declare under the penalty of law that the foregoing is true and correct.

    DATED: Wailuku, Hawaii, March 13, 2006

                                        _____
                                        KYLE B. COFFMAN
                                        Commissioner