# AFFIDAVIT OF PUBLICATION

STATE OF HAWAII,  } ss.
County of Maui.

Aaron T. Viela being duly sworn deposes and says, that he is **Advertising Sales** of the Maui Publishing Co., Ltd., publishers of the MAUI NEWS, a newspaper published in Wailuku, County of Maui, State of Hawaii; that the ordered publication as to

**NOTICE OF FORECLOSURE SALE**

of which the annexed is a true and corrected printed notice, was published __4__ times in the MAUI NEWS, aforesaid, commencing on the __22nd__ day of __January__, 2006, and ending on the __12th__ day of __February__, 2006, (both days inclusive), to-wit:

January 22, 29; February 5, 12, 2006

and that affiant is not a party to or in any way interested in the above entitled matter.

/s/ K. T. L.

Subscribed and sworn to before me this
13th day of February A.D. 2006.

Notary Public, Second Judicial Circuit, State of Hawaii.
**LEILA ANN L. LEONG**
Commission Expires: 11-23-07

---

**NOTICE OF FORECLOSURE SALE**
By Public Auction
210 Maia Road
Hana, Hawaii

Fee simple two (2) bedroom, 1 bath house covering 728 square feet plus a lanai of 600 square feet on a 5.54 acre lot. Ocean side of mile marker #31. On the right side of Maia Road, next property after the Octagonal house also on the right side of Maia Road. Tax Map Key (2) 1-3-009-73. Quiet area. Property has orchards of many different tropical flowers and fruits.

Inspection of property by request. Call Commissioner at (808) 242-9750.

**TERMS OF SALE:**
The property will be sold AS IS in public auction to highest bidder. Ten percent (10%) payable at the close of auction in cash or in certified check or cashier's check. Bidders must show proof of 10% deposit prior to bidding. The balance must be paid upon delivery of title transfer documents. Purchaser shall pay costs of escrow, conveyance, recordation & conveyance tax and shall be responsible for securing possession. SALE SUBJECT TO COURT CONFIRMATION.

**AUCTION:**
Wednesday, March 1, 2006 at 12:00 noon on the steps of the entrance to Hoapili Hale, facing Wells Street; 2145 Main Street, Wailuku, Maui, Hawaii.

FOR FURTHER INFORMATION CONTACT
Kyle B. Coffman, Commissioner
Post Office Box 3207
Wailuku, Hawaii 96793
Telephone: (808) 242-9750
(MN: Jan. 22, 29; Feb. 5, 12, 2006)

**The Maui News Advertising Insertion Order**
100 Mahalani St., Wailuku, HI 96793-2529 • (808) 244-3981

AD #: **NO 1304846**

| | |
|---|---|
| **ACCOUNT NAME:** KYLE S. COFFMAN | Account # 6550 |

*If new account please fill out and attach customer information sheet.* Phone Number: ( ) 242-9750   Fax Number: ( ) 243-9751

**PREPRINT:** # of Pages ____   Inches Per Page: ____   Quantity of Preprints: ____
Coupon Book ____   Quarter Fold ____   Zoned To: ____
Other Size ____

**SIG. AD:** ____
**AD TYPE:** LLGL
LK
**Sales Rep's Initials:** ____

**AD SIZE:** 5"LL  2 x 2.5 col. inches

**START DATE:** SUNDAY JANUARY 22
Circle One: Maui News / Scene / TV / The Wrap
5 Col. Tab: ____  6 Col. Tab: ____  Broadsheet: ____
Classified / (Legal)

Caption: NOTICE OF FORECLOSURE SALE By Public Auction
210 Maia Road, Hana, Hawaii    Pick-up From: ____

**COLOR CODE & NAME**

Purchase Order #: ____
Ordered By: walk in
Order Date: 1/13/06
Agency: ____
Group: ____

**PROOF**  YES / NO
Quantity: 1  To: lana

Non-Profit? YES NO
Co-op? YES NO
**PAYMENT**  Prepaid: YES NO
Cash ____
Check # 4046
Credit Card # ____
Name as it appears on card: ____
Exp. Date ____
**MEMO INV.** YES NO QTY ____

**COST**
___ @ $ ___ = $ ___
___ @ $ ___ = $ ___
___ @ $ ___ = $ ___
Subtotal = $ ___
Less Agency Commission = $ ___
Plus Add'l Charges = $ ___
TOTAL = $ 58.70

Camera-Ready? YES NO
Double Truck? YES NO
Reverse? YES NO
Coupon? YES NO
**PRODUCT CODE** ____
**CANCEL FROM:** ____
By: ____
**CANCELLATION DATE:** ____
Reason: ____

**Additional Charges**
___ Position $ ___
___ Camera $ ___
___ Other $ ___

**SPECIAL INSTRUCTIONS:** P. O. Box 3207, Wailuku, HI 96793

PAID JAN 19 2006

**CLASSIFIED ADS ONLY** Start Date: 1/22   Stop Date: 2/12   Times Run: 4   Sun Mon Tues Wed Thurs Fri Sat

Check Start Day: **SUN

| Publication: TMN | Publication: TMN | Publication: TMC WEB | Publication: TMC WEB |
|---|---|---|---|
| Location Code: legal | Location Code: leal | Location Code: | Location Code: |
| Position Code: | Position Code: | Position Code: | Position Code: |
| Year: (2006) 2007 | Year: 2006 2007 | Year: 2006 2007 | Year: 2006 2007 |

(Calendar months Jan-Dec with dates 1-31 listed in each publication block; dates circled: 22, 29 in first; 5, 12 in second.)