EXHIBIT "B"

| DATE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|
| 11/25/05 | Review Complaint, Order and letter from E. Kubo | .80 |
| 11/29/05 | Phone conference with loan officer and potential bidder | .20 |
| 12/01/05 | Phone conference with prior owner/occupant; phone conference with potential bidder; phone conference with T. Zamora | 1.00 |
| 12/17/05 | Site inspection; meeting with prior owner/occupant | 4.70 |
| 01/23/06 | Phone conferences with potential bidders | .50 |
| 01/24/06 | Phone conferences with potential bidders | .60 |
| 01/25/06 | Phone conferences with potential bidders | .50 |
| 01/26/06 | Phone conferences with potential bidders | .20 |
| 01/27/06 | Phone conferences with potential bidders | .10 |
| 01/30/06 | Phone conferences with potential bidders | .80 |
| 01/31/06 | Phone conferences with potential bidders | 1.00 |
| 02/01/06 | Phone conferences with potential bidders | .70 |
| 02/02/06 | Phone conferences with potential bidders | .50 |
| 02/03/06 | Phone conferences with potential bidders | .20 |
| 02/06/06 | Phone conferences with potential bidders | 1.00 |
| 02/07/06 | Phone conferences with potential bidders | .80 |
| 02/08/06 | Phone conferences with potential bidders | .20 |
| 02/09/06 | Phone conferences with potential bidders | .50 |
| 02/10/06 | Phone conferences with potential bidders | .10 |
| 02/13/06 | Phone conferences with potential bidders | .80 |
| 02/14/06 | Phone conferences with potential bidders | .80 |
| 02/15/06 | Phone conferences with potential bidders | .30 |
| 02/16/06 | Phone conferences with potential bidders | .10 |
| 02/17/06 | Phone conferences with potential bidders | .20 |
| 02/20/06 | Phone conferences with potential bidders | .70 |
| 02/21/06 | Phone conferences with potential bidders | .50 |
| 02/22/06 | Phone conferences with potential bidders | .40 |
| 02/23/06 | Phone conferences with potential bidders | .10 |
| 02/24/06 | Phone conferences with potential bidders | .10 |
| 02/27/06 | Phone conferences with potential bidders | .30 |
| 02/28/06 | Phone conferences with potential bidders | .50 |
| 03/01/06 | Phone conferences with potential bidders; auction | 1.50 |
| 03/12/06 | Review file; draft Commissioner's report | 1.00 |
| 03/13/06 | Phone conference with T. Zamora, U. S. Atty's office | .20 |
| **TOTAL HOURS EXPENDED** | | **21.90** |

**Total Hours (21.90) x Hourly Rate ($135.00) = 2,956.50**