## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Commissioner's Report, together with all attachments, shall be duly mailed to the following party upon filing in Court:

EDWARD H. KUBO, JR. ESQ.
United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100

DATED: Wailuku, Hawaii, March 13, 2006.

_____
KYLE B. COFFMAN
Commissioner