IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF STEVEN R. |
| | ) | BAZZELL |
| vs. | ) | |
| | ) | |
| WALTER W. AHUNA; FRANCINE U.K. | ) | |
| AHUNA; MAUI COLLECTION | ) | |
| SERVICE, INC.; DEPT. OF THE | ) | |
| ATTORNEY GENERAL, COLLECTIONS | ) | |
| UNIT, STATE OF HAWAII; REAL | ) | |
| PROPERTY TAX DIVISION, | ) | |
| DEPARTMENT OF FINANCE, COUNTY | ) | |
| OF MAUI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF STEVEN R. BAZZELL

I, STEVEN R. BAZZELL, declare that:

1. I am the Farm Loan Chief, Farm Service Agency (FSA), the successor agency to Farmers Home Administration ("FmHA"), United States Department of Agriculture, an agency of the United States of America ("USA"), Plaintiff in this case. I am familiar with the matters stated in this Declaration, I make this declaration on personal knowledge, and I am authorized to make this Declaration on behalf of FSA.

2. The records with regard to the loan on the subject property were made at or near the time by, or from information transmitted by, a person with knowledge, were kept in the course of regularly conducted business activity, are kept by FSA in the ordinary course of business under my custody and control, it was

the regular practice of FSA to make such records, and said records show that as of June 30, 2006, the amounts due and owing are as follows:

    A)    Operating Loan No. 44-27:

| | |
|---|---|
| Unpaid Principal | $19,068.24 |
| Unpaid Interest | 7,553.37 |
| TOTAL DUE | $26,621.61 |

Plus interest at the daily rate of $2.3509, from June 30, 2006, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    B)    Operating Loan No. 44-28:

| | |
|---|---|
| Unpaid Principal | $69,438.44 |
| Unpaid Interest | 27,244.42 |
| TOTAL DUE | $96,682.86 |

Plus interest at the daily rate of $9.5121, from June 30, 2006, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    C)    Farm Ownership Loan No. 41-26:

| | |
|---|---|
| Unpaid Principal | $214,894.14 |
| Unpaid Interest | 91,553.66 |
| TOTAL DUE | $306,447.80 |

Plus interest at the daily rate of $29.4376, from June 30, 2006, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    D)    Operating Loan No. 44-29:

|  |  |
|---|---|
| Unpaid Principal | $36,409.62 |
| Unpaid Interest | 14,234.67 |
| TOTAL DUE | $50,644.29 |

Plus interest at the daily rate of $4.9876, from June 30, 2006, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    E)    Operating Loan No. 44-30:

|  |  |
|---|---|
| Unpaid Principal | $28,989.86 |
| Unpaid Interest | 12,759.52 |
| TOTAL DUE | $41,749.38 |

Plus interest at the daily rate of $3.9712, from June 30, 2006, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    3.    The United States of America has incurred court costs in the amount of $534.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2006, at Honolulu, Hawaii.

    /s/ Steven R. Bazzell
_____
STEVEN R. BAZZELL