IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF STEVEN R. |
| | ) | CHAPMAN |
| vs. | ) | |
| | ) | |
| WALTER W. AHUNA; FRANCINE U.K. | ) | |
| AHUNA; MAUI COLLECTION | ) | |
| SERVICE, INC.; DEPT. OF THE | ) | |
| ATTORNEY GENERAL, COLLECTIONS | ) | |
| UNIT, STATE OF HAWAII; REAL | ) | |
| PROPERTY TAX DIVISION, | ) | |
| DEPARTMENT OF FINANCE, COUNTY | ) | |
| OF MAUI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF STEVEN R. CHAPMAN

I, STEVEN R. CHAPMAN, declare that:

1.    I am the Acting State Director, Rural Development,
mission area for Rural Housing Service (RHS), the successor
agency to Farmers Home Administration, United States Department
of Agriculture, an agency of the United States of America,
Plaintiff in this case.  I am familiar with the matters stated in
this Declaration, and I am authorized to make this Declaration on
behalf of RHS.

2.    The records with regard to the loan on the subject
property were made at or near the time by, or from information
transmitted by, a person with knowledge, were kept in the course
of regularly conducted business activity, are kept by RHS in the
ordinary course of business under my custody and control, it was

the regular practice of RHS to make such records, and said
records show that as of June 30, 2006, the amounts due and owing
are as follows:

| | |
|---|---|
| Unpaid Principal | $51,428.72 |
| Unpaid Interest | 16,175.28 |
| Fees Currently Assessed | 3,122.78 |
| Escrow Required | 130.98 |
| TOTAL DUE | $70,857.76 |

Daily interest accrual is $12.3288, on the unpaid principal and
$0.7352, on the fees currently assessed, from June 30, 2006,
until the date of judgment, and interest will accrue thereafter
at the legal rate until the indebtedness is paid in full.

3.    As of June 30, 2006, interest credit recapture in
the amount of $12,093.79, shall be due and owing, and will
continue to accrue until paid.

4.    The United States of America has incurred court
costs in the amount of $534.00.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on March 16, 2006, at Hilo, Hawaii.

/s/ Steven R. Chapman
_____
STEVEN R. CHAPMAN