EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBMISSION and |
| | ) | CERTIFICATE OF SERVICE; |
| vs. | ) | EXHIBIT "A" |
| | ) | |
| WALTER W. AHUNA; FRANCINE U.K. | ) | |
| AHUNA; MAUI COLLECTION | ) | Date: April 24, 2006 |
| SERVICE, INC.; DEPT. OF THE | ) | Time: 9:45 a.m. |
| ATTORNEY GENERAL, COLLECTIONS | ) | Judge: Susan Oki Mollway |
| UNIT, STATE OF HAWAII; REAL | ) | |
| PROPERTY TAX DIVISION, | ) | |
| DEPARTMENT OF FINANCE, COUNTY | ) | |
| OF MAUI, | ) | |
| | ) | |
| Defendants. | ) | |
|_____| ) | |

NOTICE OF SUBMISSION

YOU ARE HEREBY NOTIFIED that Plaintiff United States of America is submitting herein the Second Declaration of Steven R. Chapman attached hereto as Exhibit "A".

Said Declaration refers to Plaintiff United States of America's Motion for Confirmation of Sale, to Approve

Commissioner's Report, Distribution of Proceeds, Disposal of Personal Property, and for Writ of Possession filed on March 21, 2006.

DATED: Honolulu, Hawaii, April 21, 2006.

                                        EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                            /s/ R. Michael Burke
                                    By _____
                                for  HARRY YEE
                                    Assistant U.S. Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

RICHARD L. ROST        richard.rost@co.maui.hi.us        4/21/06


Served by First Class Mail:

ELTON W.M. AU                                            4/21/06
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

EDWARD M. HUDCOVIC                                       4/21/06
1993 S. Kihei Rd., Suite 200
Kihei, HI 96753

DATED: Honolulu, Hawaii, April 21, 2006.

                                        /s/ Teri Zamora
                                        _____