# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 03-00657SOM-BMK |
| CASE NAME: | U.S.A. vs. WALTER W. AHUNA, et al. |
| ATTYS FOR PLA: | Harry Yee |
| ATTYS FOR DEFT: | Richard Rost<br>Elton Au |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Cynthia Fazio |
| DATE: | April 24, 2006 | TIME: | 9:45 - 9:55 |

COURT ACTION: PLAINTIFF'S MOTION FOR ORDER OF SALE, TO APPROVE COMMISSIONER'S REPORT, DISTRIBUTION OF PROCEEDS, DISPOSAL OF PERSONAL PROPERTY, AND FOR WRIT OF POSSESSION -

Three calls were made for Walter W. Ahuna and Francine U.K. Ahuna outside of Courtroom Aha Kanawai, and no response.

The motion is GRANTED.

Mr. Helper shall submit the order by May 1, 2006.

Submitted by: David H. Hisashima, Courtroom Manager