**ORIGINAL**

KYLE B. COFFMAN  4373
P. O. Box 3207
Wailuku, HI 96793
(808) 242-9750

Commissioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER AHUNA; FRANCINE U. K. AHUNA; MAUI COLLECTION SERVICE, INC.; DEPT. OF THE ATTORNEY GENERAL, COLLECTIONS UNIT, STATE OF HAWAII; REAL PROPERTY TAX DIVISION, DEPARTMENT OF FINANCE, COUNTY OF MAUI,<br><br>Defendants. | CIVIL NO. 03-00657 SOM-BMK<br><br>SUPPLEMENTAL DECLARATION OF COMMISSIONER; EXHIBIT "A"; CERTIFICATE OF SERVICE |

## SUPPLEMENTAL DECLARATION OF COMMISSIONER

I, KYLE B. COFFMAN, declare as follows:

1. I was appointed Commissioner in the above-entitled foreclosure action for the property at 210 Maia Road, Hana, Hawaii.

2. I have expended additional time in this case and, accordingly my fee has gone up. I have expended an additional 6.00 hours on this case as follows:

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 04/24/06 | Flight to Oahu; review file; meeting with E. Caraang; Hearing to confirm highest bid | 6.00 |
| TOTAL | | 6.00 |

My costs incurred are $26.43 for car rental (Exhibit "A," attached hereto and incorporated by reference, is a true and correct copy of said car rental expense) and airfare of

3. At the rate of $135 per hour my fee is increased by $810.00. My total fee and costs in this case is $4, 380.93.

I, KYLE B. COFFMAN, declare under the penalty of law that the foregoing is true and correct.

DATED: Wailuku, Hawaii, April 30, 2006.

_____
KYLE B. COFFMAN
Commissioner