

EXHIBIT "A"