CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly mailed, postage prepaid, to the following:

    RICHARD ROST
    Deputy Corporation Counsel
    County of Maui
    200 South High Street
    Wailuku, HI 96793

    Attorney for Defendant
    REAL PROPERTY TAX DIVISION,
      DEPT. OF FINANCE, COUNTY OF MAUI

    ELTON AU
    Deputy Attorney General
    Dept. of the Attorney General,
      State of Hawaii
    425 Queen St., 212-N
    Honolulu, HI 96813

    Attorney for Defendant
    STATE OF HAWAII, DEPT. OF HEALTH

DATED: Honolulu, Hawaii, _____May 2, 2006_____.

                                    _____