EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | WRIT OF POSSESSION; EXHIBIT |
| | ) | "A" |
| vs. | ) | |
| | ) | |
| WALTER W. AHUNA; FRANCINE U.K. AHUNA; MAUI COLLECTION SERVICE, INC.; DEPT. OF THE ATTORNEY GENERAL, COLLECTIONS UNIT, STATE OF HAWAII; REAL PROPERTY TAX DIVISION, DEPARTMENT OF FINANCE, COUNTY OF MAUI, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

WRIT OF POSSESSION

THE STATE OF HAWAII

TO THE U.S. MARSHAL, OR HIS DEPUTY OR ANY OTHER LAW ENFORCEMENT OFFICER:

WHEREAS, by Order filed herein, Edwin Caraang is entitled to a Writ of Possession against Defendants Walter W. Ahuna and Francine U.K. Ahuna, or any other occupant, for the

possession of the premises located at 210 Maia Road, Hana, Hawaii, Waianae, Hawaii, TMK: (2)1-3-009-073, more fully described in Exhibit "A" attached.

NOW THEREFORE, YOU ARE HEREBY COMMANDED, AUTHORIZED AND DIRECTED to enforce this writ by entering the property, and any and all structures and vehicles located thereon, by evicting Defendants Walter W. Ahuna and Francine U.K. Ahuna, all persons holding under or through Defendants Walter W. Ahuna and Francine U.K. Ahuna, any other occupant, and all other unauthorized persons, including their personal belongings and properties, from all locations on this property, including but not limited to the structures, vehicles, and grounds, and by using force as necessary to accomplish this mission;

To relinquish possession and custody of the properties, and any personal property found thereon to Edwin Caraang when you conclude that all unauthorized persons have vacated, or been evicted from, the property;

To serve a copy of this Writ upon Defendants in possession in the same manner as is provided for in the service of summons;

//
//
//

      To make a return of this Order on or before ten (10) days from the date of execution of this Writ and therein state fully what you have done hereunder.

      DATED: Honolulu, Hawaii; May 12, 2006.



      /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. Ahuna, et al.
Civil No. 03-00657 SOM-BMK
WRIT OF POSSESSION; EXHIBIT "A"