EXHIBIT "A"

All of that certain parcel of land situate at Kaeleku and Kauamānu, Hana, Island and County of Maui, State of Hawaii, being LOT 65 of the "HANA AGRICULTURAL PARK, UNIT II", as shown on File Plan Number 1539, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 5.540 acres, more or less.

SUBJECT, HOWEVER, to the following:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. Covenants, conditions and restrictions set forth in Declaration dated November 7, 1977, recorded in said Bureau of Conveyances in Liber 12666 on Page 585.

3. Fencing Covenant dated September 6, 1978, recorded in said Bureau of Conveyances in Liber 13137 on Page 465.

BEING all of the premises conveyed to the Borrower(s) by Deed dated April 25, 1989 and recorded in Liber _____ Page _____.