AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| United States of America | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00657SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| Walter W. Ahuna, Francine U.K. Ahuna, et al. | May 24, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 54(b) Federal Rules of Civil Procedure, Judgment is entered pursuant to the "Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession; Exhibit A" signed by District Judge Susan O. Mollway on May 12, 2006 and filed on May 15, 2006.

| | |
|---|---|
| _____May 24, 2006_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | _____*/s/ Bernadette Aurio*_____ |
| | (By) Deputy Clerk |

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| United States of America | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00657SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| Walter W. Ahuna, Francine U.K. Ahuna, et al. | May 24, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 54(b) Federal Rules of Civil Procedure, Judgment is entered pursuant to the "Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession; Exhibit A" signed by District Judge Susan O. Mollway on May 12, 2006 and filed on May 15, 2006.

_____May 24, 2006_____       _____SUE BEITIA_____
Date       Clerk

                                                                                   _____*/s/ Bernadette Aurio*_____
                                                                                  (By) Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| United States of America | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00657SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| Walter W. Ahuna, Francine U.K. Ahuna, et al. | May 24, 2006 |
| | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 54(b) Federal Rules of Civil Procedure, Judgment is entered pursuant to the "Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession; Exhibit A" signed by District Judge Susan O. Mollway on May 12, 2006 and filed on May 15, 2006.

| | |
|---|---|
| _____May 24, 2006_____ | SUE BEITIA |
| Date | Clerk |
| | */s/ Bernadette Aurio* |
| | (By) Deputy Clerk |