```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | MOTION TO AMEND ORDER |
| | ) | APPROVING REPORT OF |
| vs. | ) | COMMISSIONER, CONFIRMING |
| | ) | COMMISSIONER'S SALE OF |
| WALTER W. AHUNA; FRANCINE U.K. | ) | PROPERTY AT PUBLIC AUCTION, |
| AHUNA; MAUI COLLECTION | ) | DIRECTING DISTRIBUTION OF |
| SERVICE, INC.; DEPT. OF THE | ) | PROCEEDS, FOR DISPOSAL OF |
| ATTORNEY GENERAL, COLLECTIONS | ) | PERSONAL PROPERTY AND FOR WRIT |
| UNIT, STATE OF HAWAII; REAL | ) | OF POSSESSION FILED MAY 15, |
| PROPERTY TAX DIVISION, | ) | 2006, and CERTIFICATE OF |
| DEPARTMENT OF FINANCE, COUNTY | ) | SERVICE; MEMORANDUM IN |
| OF MAUI, | ) | SUPPORT; DECLARATION OF ELTON |
| | ) | W.M. AU; EXHIBIT "A" |
| Defendants. | ) | |
| _____ | ) | |

MOTION TO AMEND ORDER APPROVING REPORT
OF COMMISSIONER, CONFIRMING COMMISSIONER'S
SALE OF PROPERTY AT PUBLIC AUCTION,
DIRECTING DISTRIBUTION OF PROCEEDS, FOR
DISPOSAL OF PERSONAL PROPERTY AND FOR WRIT
<u>OF POSSESSION FILED MAY 15, 2006</u>

Comes now Plaintiff United States of America (hereinafter referred to as Plaintiff U.S.A), by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii and HARRY YEE, Assistant United States

Attorney, and pursuant to Rule 60 of the Federal Rules of Civil Procedure respectfully moves this Honorable Court to amend Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ Of Possession Filed May 15, 2006 to include an order allowing distribution of $4,814.58 to the State of Hawaii.

        DATED:  June 22, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                  /s/ Harry Yee
                            By _____
                                HARRY YEE
                                Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

RICHARD L. ROST         richard.rost@co.maui.hi.us    3/21/06


Served by First Class Mail:

ELTON W.M. AU                                         3/21/06
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

EDWARD M. HUDCOVIC                                    3/21/06
1993 S. Kihei Rd., Suite 200
Kihei, HI 96753

KYLE COFFMAN
P.O. Box 3207
Wailuku, HI 96793

DATED: June 22, 2006, at Honolulu, Hawaii.

/s/ Teri Zamora
_____