MARK J. BENNETT  2672
Attorney General of Hawaii

ELTON W.M. AU  4744
Deputy Attorney General
Department of the Attorney General
  State of Hawaii
425 Queen Street, 212-M
Honolulu, Hawaii 96813
Telephone: (808) 586-1100
Facsimile: (808) 586-1374

E-mail: Elton.W.Au@hawaii.gov

Attorneys for State of Hawaii,
Department of the Attorney General,
Collections Unit

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ELTON W.M. AU; |
| | ) | EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| WALTER W. AHUNA; FRANCINE U.K. AHUNA; MAUI COLLECTION SERVICE, INC.; DEPT. OF THE ATTORNEY GENERAL, COLLECTIONS UNIT, STATE OF HAWAII; REAL PROPERTY TAX DIVISION, DEPARTMENT OF FINANCE, COUNTY OF MAUI, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>DECLARATION OF ELTON W.M. AU</u>

I, ELTON W.M. AU, declare as follows:

1.   I am the Deputy Attorney General for Defendant State of Hawaii, Department of Health (hereafter referred to as "DOH"), in the above-entitled action.

    2. On August 31, 1992, DOH filed a Judgment by Default in the amount of $4,814.58 against Walter W. Ahuna in the District Court of the Second Circuit, Hana Division. A certified copy of the Judgment by Default was recorded at the Bureau of Conveyances on September 28, 1992. (A true and correct copy is attached as Exhibit A).

    3. I was unaware that a Declaration also needed to be filed. I thought that by filing our Answer and Affirmative Statement of Claim on December 22, 2003, our Scheduling Conference Statement on February 19, 2004 and attending the scheduling/status conferences on March 11, 2004, October 2, 2004, January 4, 2005, December 12, 2005 and March 13, 2006 were sufficient to preserve our claim.

    4. The current balance remains at $4,814.58.

    I, ELTON W.M. AU, declare under the penalty of law that the foregoing is true and correct.

    DATED: Honolulu, Hawaii: June 22, 2006.

    /s/ Elton W.M. Au

_____
ELTON W.M. AU
Deputy Attorney General