EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00657 SOM-BMK |
| | ) | |
| Plaintiff, | ) | ERRATA TO EXHIBIT "A" OF THE |
| | ) | DECLARATION OF ELTON W.M. AU |
| vs. | ) | OF THE MOTION TO AMEND ORDER |
| | ) | APPROVING REPORT OF |
| WALTER W. AHUNA; FRANCINE U.K. | ) | COMMISSIONER, CONFIRMING |
| AHUNA; MAUI COLLECTION | ) | COMMISSIONER'S SALE OF |
| SERVICE, INC.; DEPT. OF THE | ) | PROPERTY AT PUBLIC AUCTION, |
| ATTORNEY GENERAL, COLLECTIONS | ) | DIRECTING DISTRIBUTION OF |
| UNIT, STATE OF HAWAII; REAL | ) | PROCEEDS, FOR DISPOSAL OF |
| PROPERTY TAX DIVISION, | ) | PERSONAL PROPERTY AND FOR WRIT |
| DEPARTMENT OF FINANCE, COUNTY | ) | OF POSSESSION FILED MAY 15, |
| OF MAUI, | ) | 2006, FILED JUNE 22, 2006; |
| | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) | |
| _____ | ) | |

ERRATA TO EXHIBIT "A" OF THE DECLARATION
OF ELTON W.M. AU OF THE MOTION TO AMEND ORDER
APPROVING REPORT OF COMMISSIONER, CONFIRMING
COMMISSIONER'S SALE OF PROPERTY AT PUBLIC
AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS,
FOR DISPOSAL OF PERSONAL PROPERTY AND FOR WRIT OF
<u>POSSESSION FILED MAY 15, 2006, FILED JUNE 22, 2006</u>

Please be advised that the Exhibit "A" to the

Declaration of Elton W.M. Au of the Motion to Amend Order

Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession filed May 15, 2006, filed June 22, 2006, was erroneously attached.  The correct Exhibit "A" is submitted herewith.

        DATED: Honolulu, Hawaii, June 22, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                  /s/ Harry Yee
                            By _____
                              HARRY YEE
                              Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

RICHARD L. ROST      richard.rost@co.maui.hi.us      6/22/06


Served by First Class Mail:

ELTON W.M. AU                                        6/22/06
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

EDWARD M. HUDCOVIC                                   6/22/06
1993 S. Kihei Rd., Suite 200
Kihei, HI 96753

DATED: Honolulu, Hawaii, June 22, 2006.

                                                    /s/ Teri Zamora
                                          _____