R-665

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED

SEP 28, 1992   01:09 PM

Doc No(s) 92-157039

/s/ S. FURUKAWA
REGISTRAR OF CONVEYANCES

CONVEYANCE TAX: $0.00

Return by Mail ( )   Pickup ( )   State Messenger (X) To:

Department of the Attorney General
Collections Unit
Elton Au
Deputy Attorney General
425 Queen Street, Room 212-M
Honolulu, Hawaii 96813
Telephone: 586-1100

## JUDGMENT

This Judgment, filed in the District Court of the Second Circuit, is presented for recordation.


State of Hawaii v. AHUNA, WALTER W.


Civil No. H92-28


# EXHIBIT A

ELTON AO 4744
Deputy Attorney General
425 Queen Street, Rm. 2??-M
Honolulu, HI 96813
Telephone: 586-1100

# In the District Court of the Second Circuit
## HANA Division
### State of Hawaii

DISTRICT COURT
SECOND CIRCUIT
FILED
92 AUG 31 P 3:59
Sgd./H. Suzuki
CLERK

STATE OF HAWAII, Department of Health,) CIVIL NO. H92-28
by its Attorney General, )
Warren Price, III, )
  Plaintiff, ) Judgment
vs. )
WALTER W. AHUNA, )
  Defendant(s). )

☐ JUDGMENT BY: ☐ Confession ☐ Proof ☐ Trial ☐ Other

It is ordered that Judgment be entered in the above-entitled matter for the plaintiff(s) against the defendant(s) as follows:

☒ JUDGMENT BY DEFAULT: The defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been duly entered upon application of the plaintiff(s) and upon the verification that the defendant(s) are indebted to the plaintiff(s), Pursuant to Rule 55(b)(1) of the District Court Rules of Civil Procedure, judgment is entered in favor of plaintiff(s) and against the defendant(s) as follows:

| | |
|---|---|
| AMOUNT CLAIMED BY PLAINTIFF | $ 3,903.08 |
| INTEREST | $ 511.14 |
| ATTORNEY'S COMMISSION/FEES | $ 360.36 |
| COSTS OF COURT | $ 15.00 |
| SHERIFF'S FEES | $ 15.00 |
| MILEAGE | $ 10.00 |
| NOTARY'S FEES | $ |
| OTHER COSTS | $ |
| TOTAL JUDGMENT | $ 4,814.58 |

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT'S NAMES)

Dated: Wailuku, Hawaii, JUL - 7 1992

I do hereby certify that this is a full, true and correct copy of the original on file

Clerk, District Court of the
Second Circuit, State of Hawaii

Clerk of the above-entitled Court

Sgd./ John T. Vail (Seal)

Judge of the above-entitled Court