IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civ. NO. 03-00657 SOM/BMK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| vs. ) | AMEND ORDER APPROVING REPORT |
| ) | OF COMMISSIONER, CONFIRMING |
| WALTER W. AHUNA; FRANCINE ) | COMMISSIONER'S SALE OF |
| U.K. AHUNA; MAUI COLLECTION ) | PROPERTY AT PUBLIC AUCTION, |
| SERVICE, INC.; DEPT. OF THE ) | DIRECTING DISTRIBUTION OF |
| ATTORNEY GENERAL, COLLECTIONS ) | PROCEEDS, FOR DISPOSAL OF |
| UNIT, STATE OF HAWAII; REAL ) | PERSONAL PROPERTY AND FOR |
| PROPERTY TAX DIVISION, ) | WRIT OF POSSESSION |
| DEPARTMENT OF FINANCE, COUNTY ) | |
| OF MAUI, ) | |
| Defendants. ) | |
| ) | |

ORDER GRANTING MOTION TO AMEND ORDER APPROVING REPORT OF
COMMISSIONER, CONFIRMING COMMISSIONER'S SALE OF PROPERTY AT
PUBLIC AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DISPOSAL
<u>OF PERSONAL PROPERTY AND FOR WRIT OF POSSESSION</u>

    On May 15, 2006, this court filed an Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession ("Order"). Judgment pursuant to the Order was entered on May 24, 2006.

    On June 22, 2006, Plaintiff United States of America ("Plaintiff") filed a motion to amend the Order pursuant to Rule 60 of the Federal Rules of Civil Procedure. Plaintiff requests that the Order be amended to allow for the distribution of $4,814.58 to the State of Hawaii. Since no opposition has

been filed within the time allowed, this court GRANTS Plaintiff's motion. The Order is hereby amended to allow the distribution of $4,814.58 to the State of Hawaii from the proceeds of the foreclosed property.

The Clerk of Court is directed to enter an Amended Judgment pursuant to this order.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, July 14, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. Ahuna, et al., Civil No. 03-00657 SOM/BMK; ORDER GRANTING MOTION TO AMEND ORDER APPROVING REPORT OF COMMISSIONER, CONFIRMING COMMISSIONER'S SALE OF PROPERTY AT PUBLIC AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DISPOSAL OF PERSONAL PROPERTY AND FOR WRIT OF POSSESSION