AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>WALTER W. AHUNA; FRANCINE U.K. AHUNA; MAUI COLLECTION SERVICE, INC.; DEPT. OF THE ATTORNEY GENERAL, COLLECTIONS UNIT, STATE OF HAWAII; REAL PROPERTY TAX DIVISION, DEPARTMENT OF FINANCE, COUNTY OF MAUI,<br><br>Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CIVIL 03-00657SOM-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 14, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

The Court, having granted the Government's Motion to Amend the Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property and for Writ of Possession, IT IS ORDERED AND ADJUDGED that an AMENDED JUDGMENT IS ENTERED, and is entered as pursuant to the *"Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession; Exhibit A"* filed on May 15, 2006, and as amended by the Court's *"Order Granting Motion to Amend Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession"* filed on July 14, 2006.

| | |
|---|---|
| July 14, 2006 | SUE BEITIA |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |