## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 14, 2006

TO ALL COUNSEL

Re: CIVIL 03-00657SOM-BMK
United States of America *vs.* Walter W. Ahuna, *et al.*

Dear Sir or Madam:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that an amended judgment was entered on July 14, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Anna F. Chang
Deputy Clerk

cc: all counsel