UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED



PRESORTED
FIRST CLASS

EDWARD M. HUDCOVIC, ESQ.
1993 S. KIHEI RD., SUITE 200
KIHEI HI. 96753

HUDC393    T967533017 1606 02 07/20/06
RETURN TO SENDER
HUDCOVIC EDWARD M
TEMPORARILY AWAY

RETURN TO SENDER





RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 2 1 2006

DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 14, 2006

TO ALL COUNSEL

Re: CIVIL 03-00657SOM-BMK
United States of America *vs.* Walter W. Ahuna, *et al.*

Dear Sir or Madam:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that an amended judgment was entered on July 14, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Anna F. Chang
Deputy Clerk

cc: all counsel

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

―――――――――――――― DISTRICT OF HAWAII ――――――――――――――

UNITED STATES OF AMERICA

       Plaintiff,

      V.

WALTER W. AHUNA; FRANCINE U.K.
AHUNA; MAUI COLLECTION SERVICE,
INC.; DEPT. OF THE ATTORNEY
GENERAL, COLLECTIONS UNIT, STATE
OF HAWAII; REAL PROPERTY TAX
DIVISION, DEPARTMENT OF FINANCE,
COUNTY OF MAUI,

       Defendants.

**AMENDED JUDGMENT
IN A CIVIL CASE**

CIVIL 03-00657SOM-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 14, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓]  **Decision by Court**. This action came for consideration before the Court.
The issues have been considered and a decision has been rendered.

The Court, having granted the Government's Motion to Amend the Order
Approving Report of Commissioner, Confirming Commissioner's Sale of Property
and for Writ of Possession, IT IS ORDERED AND ADJUDGED that an
AMENDED JUDGMENT IS ENTERED, and is entered as pursuant to the *"Order
Approving Report of Commissioner, Confirming Commissioner's Sale of Property
at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal
Property and for Writ of Possession; Exhibit A"* filed on May 15, 2006, and as
amended by the Court's *"Order Granting Motion to Amend Order Approving
Report of Commissioner, Confirming Commissioner's Sale of Property at Public
Auction, Directing Distribution of Proceeds, for Disposal of Personal Property
and for Writ of Possession"* filed on July 14, 2006.

| | |
|---|---|
| July 14, 2006 | SUE BEITIA |
| Date | Clerk |
| | *Lanraalhong* |
| | (By) Deputy Clerk |