EDWARD M. HUDCOVIC, ESQ.
1993 S. KIHEI RD., SUITE 200
KIHEI HI. 96753

CV 03-00657SOM-BMK

*Undeliverable*
*Ag*

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 21 2006

DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WALTER W. AHUNA; FRANCINE ) <br> U.K. AHUNA; MAUI COLLECTION ) <br> SERVICE, INC.; DEPT. OF THE ) <br> ATTORNEY GENERAL, COLLECTIONS ) <br> UNIT, STATE OF HAWAII; REAL ) <br> PROPERTY TAX DIVISION, ) <br> DEPARTMENT OF FINANCE, COUNTY ) <br> OF MAUI, ) <br> Defendants. ) <br> _____) | Civ. NO. 03-00657 SOM/BMK <br><br> ORDER GRANTING MOTION TO AMEND ORDER APPROVING REPORT OF COMMISSIONER, CONFIRMING COMMISSIONER'S SALE OF PROPERTY AT PUBLIC AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DISPOSAL OF PERSONAL PROPERTY AND FOR WRIT OF POSSESSION |

ORDER GRANTING MOTION TO AMEND ORDER APPROVING REPORT OF
COMMISSIONER, CONFIRMING COMMISSIONER'S SALE OF PROPERTY AT
PUBLIC AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DISPOSAL
OF PERSONAL PROPERTY AND FOR WRIT OF POSSESSION

On May 15, 2006, this court filed an Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession ("Order"). Judgment pursuant to the Order was entered on May 24, 2006.

On June 22, 2006, Plaintiff United States of America ("Plaintiff") filed a motion to amend the Order pursuant to Rule 60 of the Federal Rules of Civil Procedure. Plaintiff requests that the Order be amended to allow for the distribution of $4,814.58 to the State of Hawaii. Since no opposition has

been filed within the time allowed, this court GRANTS Plaintiff's motion. The Order is hereby amended to allow the distribution of $4,814.58 to the State of Hawaii from the proceeds of the foreclosed property.

The Clerk of Court is directed to enter an Amended Judgment pursuant to this order.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, July 14, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. Ahuna, et al., Civil No. 03-00657 SOM/BMK; ORDER GRANTING MOTION TO AMEND ORDER APPROVING REPORT OF COMMISSIONER, CONFIRMING COMMISSIONER'S SALE OF PROPERTY AT PUBLIC AUCTION, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DISPOSAL OF PERSONAL PROPERTY AND FOR WRIT OF POSSESSION

## Orders on Motions

1:03-cv-00657-SOM-BMK United States of Ame v. Ahuna, et al **CASE CLOSED on 05/24/2006**

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 7/14/2006 at 1:29 PM HST and filed on 7/14/2006

**Case Name:** United States of Ame v. Ahuna, et al
**Case Number:** 1:03-cv-657
**Filer:**
**WARNING: CASE CLOSED on 05/24/2006**
**Document Number:** 46

**Docket Text:**
ORDER granting [44] Motion to Amend Order Approving Report of Commissioner, Confirming Commissioner's Sale of Property at Public Auction, Directing Distribution of Proceeds, for Disposal of Personal Property and for Writ of Possession - Signed by Judge SUSAN OKI MOLLWAY on 07/14/06. (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/14/2006] [FileNumber=116760-0]
[b47fdada646da27b14a0860ac774b070a411359871fbdcd91120532b6586be958ecc
4482992b52d2e105a63ddc0f67fcd79038ef76cf13e62307d8d7bf5cf372]]

**1:03-cv-657 Notice will be electronically mailed to:**

Richard B. Rost    richard.rost@co.maui.hi.us

Harry Yee    harry.yee@usdoj.gov, jan.yoneda@usdoj.gov; ann.yuuki@usdoj.gov

**1:03-cv-657 Notice will be delivered by other means to:**

Elton W.M. Au
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813

Kyle Coffman
P O Box 3207
Wailuku, HI 96793

Edward M. Hudcovic
1993 S Kihei Rd Ste 200
Kihei, HI 96753